United States Bankruptcy Court
Northern District of Florida

In re:                                                                          Case No. 12-31216-KKS
Michael Todd Chrisley                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-3          User: cbikowitz          Page 1 of 2          Date Rcvd: Dec 19, 2012
                     Form ID: pdf002       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2012.
```
db          +Michael Todd Chrisley,   PO Box 611237,   Rosemary Beach, FL 32461-1010
cr          +JPMorgan Chase Bank, N.A.,   c/o Matt Holtsinger,    P.O. Box 800,   Tampa, FL 33601-0800
cr          +Knight Johnson, LLC,   Attn: James M. Johnson,   One Midtown Plaza,
              1360 Peachtree Street Suite 1201,   Atlanta, GA 30309-3222
cr          +Midtown Bank & Trust Co.,   c/o Rod Anderson,   Holland & Knight LLP,   P.O. Box 1288,
              Tampa, FL 33601-1288
cr          +RES-GA BUCKHEAD, LLC,   c/o Martha A. Miller, Esq.,   Schulten Ward & Turner, LLP,
              260 Peachtree Street, NW,   Suite 2700,   Atlanta, GA 30303-1240
cr          +U.S. Bank National Association, as Indenture Trust,    of the HomeBanc Mortgage Trust 2005-1,
              c/o Melissa A Youngman, Esq,   225 East Robinson Street, Suite 660,   Orlando, FL 32801-4321
cr          +United Community Bank,   Shumaker Loop & Kendrick,   c/o Steven Berman,   101 E. Kennedy Blvd,
              Suite 2800,   Tampa, FL 33602-5153
cr          +Wells Fargo Bank, N.A.,   c/o Kevin A. Stine, Esq.,   Baker Donelson et al.,
              Suite 1600, Monarch Plaza,   3414 Peachtree Road, NE,   Atlanta, GA 30326-1153
1763956     +United Community Bank,   PO Box 159,   Dawsonville, GA 30534-0003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Citibank, N.A. as Trustee for Certificateholders,    of Structured Asset Mortgage Investments,
              II, Inc., Bear Stearns ALT-A Trust
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 1129-3          User: cbikowitz            Page 2 of 2                  Date Rcvd: Dec 19, 2012
                              Form ID: pdf002            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2012 at the address(es) listed below:

              Kevin A. Stine    on behalf of Creditor   Wells Fargo Bank, N.A. kstine@bakerdonelson.com,
               mparris@bakerdonelson.com
              Marc Philip Barmat    on behalf of Debtor Michael Chrisley mbarmat@furrcohen.com,
               ndixon@furrcohen.com
              Martha A Miller    on behalf of Creditor   RES-GA BUCKHEAD, LLC mam@swtlaw.com
              Matthew  Holtsinger    on behalf of Creditor   JPMorgan Chase Bank, N.A.
               bankruptcynotices@kasslaw.com
              Melissa A. Youngman    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
               may@mccallaraymer.com,   lbv@mccallaraymer.com;bkmail@prommis.com
              Rod  Anderson    on behalf of Creditor   Midtown Bank & Trust Co. rod.anderson@hklaw.com,
               wendysue.henry@hklaw.com
              Sherry  Chancellor    sherry.chancellor@yahoo.com,   FL50@ecfcbis.com
              Steven Gerald Powrozek    on behalf of Creditor   Citibank, N.A. as Trustee for Certificateholders
               spowrozek@logs.com,   electronicbankruptcynotices@logs.com
              Steven M. Berman    on behalf of Creditor   United Community Bank sberman@slk-law.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:  Chapter 7

Michael Todd Chrisley  Case No. 12-31216-KKS

_____Debtor._____/

**ORDER GRANTING UNITED COMMUNITY BANK'S
MOTION FOR RELIEF FROM STAY(Doc. No. 55)**

This case came before the Court on United Community Bank**'s** ("Movant") Motion for Relief from Stay (the "Motion") (Doc. No. #55). The Court, having considered the Motion and no party having filed an objection within the proscribed time period, the Court considers the matter unopposed. It is,

**ORDERED:**

1. The Motion for Relief from Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is lifted as to Movant and it may proceed with the foreclosure of its lien on the following two properties:

> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 193 AND 244 OF THE 1ST DISTRICT, 2ND SECTION, CITY OF ROSWELL, FULTON COUNTY, GEORGIA, BEING LOT 11 OF GLENAYRE (F/K/A CLAIREMORE) SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 206, PAGE 63, FULTON COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE.

Also known as 5010 Heatherwood Court, Roswell, Georgia 30075.

> All that tract or parcel of land lying and being in Land Lots 89 and 90 of the 1st District, 1st Section, Fulton County, Georgia, being Units 401 and 402, Building 4, Phase 2, Park Wood Commons Office Condominium, as per Condominium Plat recorded in Condominium Plat Book 16, Page 264, Fulton County records, being more particularly shown and delineated in the Declaration of Condominium for Park Woods Commons recorded in Deed Book 31893, page 115, as amended at Deed Book 38828, page 318, Fulton County records, said plat and Declaration being incorporated herein by reference thereto.

SLK_TAM:#1531325v11                     1

Also known as 11539 Park Woods Circle, Unit 401 & 402, Alpharetta, Georgia 30005.

      3.      This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment and relief against the property described above and Movant shall not seek any *in personam* judgment or relief against the Debtor.

      **DONE AND ORDERED** on this 19th day of December, 2012.

                                      KAREN K. SPECIE
                                      United States Bankruptcy Judge

Copies Furnished To:

**Steven M. Berman, Esq.,** 101 E. Kennedy Blvd, Suite 2800, Tampa, FL 33602
**Marc Philip Barmat, Esq.,** Furr and Cohen, P.A., 2255 Glades Road, Ste. 337W, Boca Raton, FL 33431
**US Trustee**, 110 W. Park Avenue, Suite 128, Tallahassee, FL 32301
**Michael Todd Chrisley**, PO Box 611237, Rosemary Beach, FL 32461

PREPARED BY:
Steven M. Berman

SLK_TAM:#1531325v1